# IN THE SUPREME COURT OF THE STATE OF NEVADA

OLIVER SAGEBRUSH DRIVE TRUST,
Appellant,

vs.

BAC HOME LOANS SERVICING, LP;
AND RECONTRUST COMPANY, A
SUBSIDIARY OF BANK OF AMERICA,
Respondents.

No. 71575

**FILED**

JAN 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On October 18, 2017, this court granted respondents' motion to remand this appeal for the limited purpose of allowing the district court to grant respondents' motion for reconsideration and to vacate its order granting summary judgment and enter a new order. *See Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). We noted that any party aggrieved by the amended order could file a notice of appeal or petition challenging the new order.

The district court has transmitted its order, entered on December 7, 2017, which vacates its prior order in its entirety and indicates that the parties will proceed with the case in the district court. It appears, therefore, that this appeal is moot. We therefore,

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-02648

cc: Hon. Kathleen E. Delaney, District Judge
Law Offices of Michael F. Bohn, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk

(O) 1947A